UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, Jr., | No. 2:13-cv-0499 KJM DAD P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD,[1] et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 5, 2013, the magistrate judge filed findings and recommendations, which were served on plaintiff and contained notice that any objections were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Jeffrey A. Beard, the Secretary of the California Department of Corrections and Rehabilitation, is substituted as the proper respondent.

1

reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 5, 2013, are adopted in full.

2. The motion for a preliminary injunction and temporary restraining order (Doc. 35) is denied.

DATED: February 4, 2014.

_____
UNITED STATES DISTRICT JUDGE